UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KEVIN SPENCER )
    Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:20-CV-38-FL
UNITED STATES OF AMERICA )
    Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 12, 2020, and for the reasons set forth more specifically, defendant's motion to dismiss is GRANTED. Plaintiff's complaint is DISMISSED without prejudice.

**This Judgment Filed and Entered on May 12, 2020, and Copies To:**
Kevin Spencer (via US mail) 3721 Marshlane Way, Raleigh, NC 27610
Joshua Rogers (via CM/ECF Notice of Electronic Filing)

May 12, 2020                     PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk